Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Attorneys for Defendant Ashley Coles, the
Trustee of the Ashley M. Coles Family Trust

C. Bradley Vynalek (#020051)
brad.vynalek@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American General Life Insurance Company, a Texas corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Ashley M. Coles, as Trustee of the Ashley M. Coles Family Trust; Francine Coles, an Arizona resident and both individually and as conservator of Z.A. Coles and S.B. Coles, minors; Haley Brooke Coles, an Arizona resident; John and Jane Does I-X; and Black and White Entities A-Z,<br><br>    Defendants. | No. CV09-01603-PHX-ROS<br><br>**ANSWER TO COMPLAINT IN INTERPLEADER** |

    Ashley Coles, as trustee of the Ashley M. Coles Family Trust ("Coles"), by and through her counsel undersigned, hereby Answers the Complaint in Interpleader filed by American General Life Insurance Company ("American General"), as follows:

    1.    Coles admits the allegations contained in Paragraph 1.

    2.    Coles admits the allegations contained in Paragraph 2.

    3.    Coles admits the allegations contained in Paragraph 3.

    4.    Coles admits the allegations contained in Paragraph 4.

    5.    No allegations are made against Coles in Paragraph 5 and therefore Coles has no response thereto.

QB\134282.00004\8552505.1

1      6.     Coles admits the allegations contained in Paragraph 6.

2      7.     Coles admits the allegations contained in Paragraph 7.

3      8.     Coles admits the allegations contained in Paragraph 8.

4      9.     Coles admits the allegations contained in Paragraph 9.

5      10.     Coles admits the allegations contained in Paragraph 10.

6      11.     Coles admits the allegations contained in Paragraph 11.

7      12.     Coles admits the allegations contained in Paragraph 12.

8      13.     Coles admits the allegations contained in Paragraph 13.

9      14.     Coles admits the allegations contained in Paragraph 14.

10     15.     Coles admits the allegations contained in Paragraph 15.

11     16.     Coles admits the allegations contained in Paragraph 16.

12     17.     Coles admits the allegations contained in Paragraph 17.

13     18.     Coles admits the allegations contained in Paragraph 18.

14     19.     Coles admits the allegations contained in Paragraph 19.

15     20.     Coles admits the allegations contained in Paragraph 20.

16     21.     Responding to the allegations contained in Paragraph 21, Coles admits that it appears that Scott M. Coles authored letters and states that the letters speak for themselves and denies all other allegations contained in Paragraph 21.

19     22.     Coles admits the allegations contained in Paragraph 22.

20     23.     Coles admits the allegations contained in Paragraph 23.

21     24.     Coles admits the allegations contained in Paragraph 24.

22     25.     Coles admits the allegations contained in Paragraph 25.

23     26.     With respect to the allegations contained in Paragraph 26, Coles is without sufficient information or belief to affirm or deny the same and accordingly denies such allegations.

26     27.     With respect to the allegations contained in Paragraph 27, Coles is without sufficient information or belief to affirm or deny the same and accordingly denies such allegations.

28. Coles admits the allegations contained in Paragraph 28.

29. Coles admits the allegations contained in Paragraph 29.

30. With respect to the allegations contained in Paragraph 30, Coles incorporates all previous admissions and denials as if fully stated herein.

31. With respect to the allegations contained in Paragraph 31, Coles denies that the other defendants have any claim to the proceeds of any life insurance policy obtained by Scott M. Coles from American General.

32. Coles admits the allegations contained in Paragraph 32.

33. Coles admits the allegations contained in Paragraph 33.

34. Coles admits the allegations contained in Paragraph 34.

35. Coles admits the allegations contained in Paragraph 35.

36. Coles reserves the right to assert any and all of the affirmative defenses outlined in Federal Rule of Civil Procedure 8(c) as discovery may prove applicable.

WHEREFORE, Coles requests Judgment as follows:

A. Directing the payment of reasonable attorneys' fees and costs incurred by American General in bringing the Interpleader Complaint;

B. Directing the payment of the life insurance policy proceeds to Coles;

C. Directing American General to issue Internal Revenue Service Form 712s to Coles; and

D. Entering any other relief the Court deems appropriate under the circumstances.

RESPECTFULLY SUBMITTED this 12th day of August, 2009.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By *s/ C. Bradley Vynalek*
 C. Bradley Vynalek

Attorneys for Defendant Ashley Coles, the trustee of Ashley M. Coles Family Trust

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and distribution to the following parties:

Jeffrey C. Matura, Esq.
HARPER, CHRISTIAN, DICHTER & GRAIF, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
jmatura@hcdglaw.com
Attorneys for Plaintiff

Jerome K. Elwell, Esq.
WARNER ANGLE HALLAM JACKSON & FORMANEK PLC
3550 North Central Avenue, Suite 1500
Phoenix, Arizona 85012-2188
jelwell@WarnerAngle.com
Attorneys for Francine Coles and Haley Brooke Coles

_s/ Kim Simmons_